RAINEY, superintendent, *et al. v.* PORTER.

REID, Chief Justice. This case presents exceptions solely to the overruling of a demurrer to a petition for mandamus. This being true, the writ of error is premature, and must be dismissed. *Dooly* v. *Gates,* 192 *Ga.* 483 (15 S. E. 2d, 729).

*Writ of error dismissed. All the Justices concur.*

No. 14008. JANUARY 14, 1942.

*Weekes & Candler,* for plaintiffs in error.

*J. Richmond Garland, Charles D. Livesey, Louis M. Tatham,* and *Homer A. Glore,* contra.